UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF : | |
| WASHINGTON, D.C., : | No. 5:13-cv-3711 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TRAY-PAK CORPORATION, : | |
| Defendant. : | |

_____

## O R D E R
Plaintiff's Motion for Summary Judgment, ECF No. 24 - Granted
Defendant's Motion for Summary Judgment, ECF No. 23 - Denied

**AND NOW**, this 17th day of September, 2015, for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.     Defendant's Motion for Summary Judgment, ECF No. 23, is **DENIED**;

2.     Plaintiff's Motion for Summary Judgment, ECF No. 24, is **GRANTED**;

3.     **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant: Plaintiff

has no duty or obligation to defend or indemnify Tray-Pak against the allegations in the civil

action: Norpaco, Inc. v. Tray-Pak Corporation, No. MMX CV13 6009442 S (Superior Court of

Connecticut, Judicial District of Middlesex at Middletown).

4.     The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge